IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH CIRINO,<br><br>      *Plaintiff*,<br><br>v.<br><br>THE COUNTY OF LEHIGH, PENNSYLVANIA, *et al.*,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 18-03565 |

## **ORDER**

**AND NOW**, this 18th day of June, 2019, upon consideration of Defendants' Motion to Dismiss, (ECF No. 10), and Plaintiff's Response, (ECF No. 20), it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED without prejudice**. Cirino may file an amended complaint, consistent with the attached Memorandum, on or before **July 18, 2019**. Cirino must identify all defendants in the caption as well as the body of the amended complaint and shall state the basis for his claims against each defendant.

                                                            BY THE COURT:

                                                            ***/s/ Gerald J. Pappert***
                                                            GERALD J. PAPPERT, J.