IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RALPH J. CIRINO,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>THE COUNTY OF LEHIGH PENNSYLVANIA, *et al.*,<br><br>　　　　　　*Defendants.* | CIVIL ACTION<br>NO. 18-03565 |

## ORDER

**AND NOW**, this 17th day of May, 2022, upon consideration of the PrimeCare Defendants' Motion for Summary Judgment (ECF 50), the Lehigh County Defendants' Motion for Summary Judgment (ECF 52), Plaintiff Ralph Cirino's Responses (ECF 63 and 72), Defendants' Replies (ECF 76 and 77), and Plaintiff's Sur-Replies (ECF 80 and 81), it is **ORDERED** that:

1. PrimeCare Defendants' Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED** in favor of PrimeCare Medical, Inc., Thomas Webber and Megan Hughes and against Ralph Cirino with respect to Cirino's Fourteenth and First Amendment claims;

2. Lehigh County Defendant's Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED** in favor of the County of Lehigh, Warden Dan Miesel, and Assistant Warden Janine Donate with respect to Cirino's Fourteenth and First Amendment claims;

3. Cirino's claims for negligence, intentional infliction of emotional distress and violations of the Pennsylvania Constitution are **DISMISSED without prejudice**.

The Clerk of Court shall mark this case **CLOSED**.

                                              BY THE COURT:

                                              */s/ Gerald J. Pappert*
                                              GERALD J. PAPPERT, J.